# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

140070 & (16)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff,

v

CHARLES CURTIS MERRIMAN,
      Defendant.

_____

MICHAEL J. ATCHISON and DANIEL J. HARTMAN,
      Appellants.

SC: 140070
COA: 292281
Charlevoix CC: 07-036010-FC

_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the October 6, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

0331

_____
Clerk